# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBVIE INC. and GENENTECH, INC., | ) ) | C.A. No. 20-968-MSG |
| Plaintiffs, | ) ) ) | (consolidated) |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC., et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE

A Status Conference is scheduled for **Thursday, September 12, 2024** at **2:00 p.m.** The conference will be conducted via telephone and on the record. Counsel are directed to dial in as follows: (1) Call: 888-684-8852; (2) Enter access code: 2187450#; (3) Press # to enter as a participant.

                                                                    *s/Sheila McCurry*
                                                                    SHEILA MCCURRY
                                                                    COURTROOM DEPUTY
                                                                    MITCHELL S. GOLDBERG
                                                                    U.S. CHIEF DISTRICT JUDGE

**DATE:** August 28, 2024